JUDGE KAPLAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __JUL 3 1 2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

SEAN FAIRCLOUGH,

    Defendant.

- - - - - - - - - - - - - - - - X

INDICTMENT

18 Cr.

18 CRIM 543

## COUNT ONE
### (FELON IN POSSESSION)

The Grand Jury charges:

On or about April 1, 2018, in the Southern District of New York and elsewhere, SEAN FAIRCLOUGH, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce ammunition, to wit, two rounds of Starline .380 caliber jacketed hollow point ammunition, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SEAN FAIRCLOUGH,

Defendant.

### INDICTMENT

18 Cr.

(18 U.S.C. §§ 922(g)(1) and 2.)

GEOFFREY S. BERMAN
United States Attorney

Foreperson

7/31/18  Filed Indictment
Case assigned to Judge Kaplan   USMJ Gorenstein   MQ